FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 22 P 4:51
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSE SUAZO** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** 05-6043 |
| **ATLANTIC SOUNDING CO., INC. AND WEEKS MARINE, INC.** | * | **SECTION " "** |
| | * | **MAG.** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

SECT. R MAG. 3

**SEAMAN'S COMPLAINT**

**NOW INTO COURT**, comes plaintiff, Jose Suazo, an adult resident citizen of Brooklyn, State of New York, and who respectfully represents the following, to-wit:

I.

Plaintiff brings this action pursuant to Title 46 U.S.C. § 688, the Jones Act, and pursuant to the General Maritime Laws of the United States. As such, pursuant to Title 28 U.S.C. § 1916, plaintiff is entitled to bring this action without the necessity of pre-payment of costs, fees or the posting of security.

II.

Made party defendants herein are:

(a) Atlantic Sounding Co., Inc., upon information and belief, a foreign corporation with a principal place of business in Covington, Louisiana, and qualified to do and doing business within the jurisdiction of this Honorable Court and the State of Louisiana;



___ Fee Seaman
___ Process (2)
X Dktd. ________
___ CtRmDep ________
___ Doc. No. ________

and

(b) Weeks Marine, Inc., upon information and belief, a foreign corporation with a principal place of business in Covington, Louisiana, and qualified to do and doing business within the jurisdiction of this Honorable Court.

III.

On or about September 23, 2005, plaintiff, Jose Suazo, was employed by the defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., as a deck hand and a member of the crew of the M/V ELIZABETH, a towing vessel which is owned, operated and controlled by the defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., while same was afloat on navigable waters.

IV.

At all material times herein, the M/V ELIZABETH was owned, operated and controlled by the defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc.

V.

On or about September 23, 2005, plaintiff, Jose Suazo, sustained serious injury to his mind and body including, but not limited to, his cervical spine, upper extremities, lumbar spine and lower extremities when he was caused to injure himself while pulling on a line on Barge 261 while in the course and scope of his employment with the defendants herein.

VI.

At all material times herein, the Barge 261 was owned, operated and controlled by the defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc.

VII.

Plaintiff, Jose Suazo, was injured solely through the negligence, fault or inattention of duties by the defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., their agents or employees

in one or more of the following non-exclusive particulars, to-wit:

a. Failing to provide plaintiff with a safe place to work;

b. Failing to provide plaintiff with the necessary equipment and/or appurtenances in order for plaintiff to perform his regular duties;

c. Failing to provide plaintiff with an adequate and competent crew;

d. Failing to adequately inspect its vessel and appurtenances and keep them in a safe and operable condition;

e. Failing to properly supervise the job being performed;

f. Failing to properly train the crew for the job being performed; and

g. Other acts of negligence and/or omissions to be shown at the trial of this action.

VIII.

The Barge 261 was unseaworthy in one or more of the following particulars:

a. Failing to have the necessary equipment and/or appurtenances in order for plaintiff to perform his regular duties;

b. Failing to provide plaintiff with a safe place to work;

c. Failing to provide plaintiff with an adequate and competent crew;

d. Failing to properly supervise the job being performed;

e. Failing to properly train the crew for the job being performed; and

f. Other unseaworthy conditions to be determined at the trial of this action.

IX.

As a result of the above and foregoing unseaworthy conditions and negligent acts and/or omissions, plaintiff, Jose Suazo, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following, to-wit:

a. Past and future loss of wages;

b. Impairment of future earning capacity;

c. Physical pain and suffering;

d. Mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Loss of enjoyment of life;

g. Found and other related damages; and

h. Additional damages to be shown at the trial of this action.

X.

Plaintiff, Jose Suazo, is entitled to maintenance and cure benefits from the above referenced defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., until such time as he reaches maximum medical cure and plaintiff is entitled to attorney's fees and costs in the event that the defendants unreasonably refuses to pay or discontinue maintenance and cure benefits.

**WHEREFORE,** plaintiff, Jose Suazo, prays for Judgment herein in his favor and against the defendants herein, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., in the full and total true sum of $2,000,000 (Two Million Dollars and 00/100) and for all other general and equitable relief for which he may be entitled.

Respectfully submitted,

***UNGAR & BYRNE***

**RANDY J. UNGAR (12387)**
**GEORGE W. BYRNE, JR. (3744)**
**GREGORY T. DISCON (22037)**
365 Canal Street, Suite 2520
New Orleans, LA 70130
(504) 566-1616
*Counsel for Plaintiff, Jose Suazo*

PLEASE SERVE:

ATLANTIC SOUNDING CO., INC.
Through their Registered Agent for Service of Process:
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

WEEKS MARINE, INC.
through its Agent for Service of Process:
Patricia Driggers
106 Derouche Ave.
Bourg, LA 70343

JS44
(Rev. 03/99)

# CIVIL COVER SHEET

05-6043

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
**JOSE SUAZO**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New York
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
**ATLANTIC SOUNDING CO., INC. AND WEEKS MARINE, INC.**
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
GREGORY T. DISCON (#22037)
UNGAR & BYRNE
365 CANAL STREET - SUITE 2520
NEW ORLEANS, LA 70130
(504) 566-1616

ATTORNEYS (IF KNOWN)

SECT. R MAG. 3

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties IN Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 46 U.S.C. Section 688 and Title 28 U.S.C. Section 1916

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $2,000,000

Check YES only if demanded IN complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) (See Instructions)

IF ANY N/A JUDGE ____________ DOCKET NUMBER ____________

DATE 11/22/05 SIGNATURE OF ATTORNEY OF RECORD Greg T. Di[illegible]

FOR OFFICE USE ONLY

Receipt #________ Amount ________ Applying IFP ________ Judge ________ Mag. Judge ________