UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOSE SUAZO | CIVIL ACTION

VERSUS | NO. 05-6043

ATLANTIC SOUNDING CO., INC., AND WEEKS MARINE, INC. | SECTION R(3)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2009 MAR 17 PM 4:52
LORETTA G. WHYTE
CLERK

**JURY INTERROGATORIES**

Please answer the following questions.

1. Do you find that Jose Suazo was injured on board the Weeks Marine Barge 261 on or about September 23, 2005?

Answer: Yes X No ____

**If you answered "Yes," go to Question 2. If you answered "No," please sign and date the verdict form and return to the Courtroom.**

2. Do you find by a preponderance of the evidence that Atlantic Sounding Co., Inc. was negligent under the Jones Act and that such negligence was a legal cause of Mr. Suazo's injuries?

Answer: Yes ____ No X

**Proceed to Question 3.**

3. Do you find by a preponderance of the evidence that the M/V Elizabeth or the Weeks Marine Barge 261 was unseaworthy <u>and</u> that such unseaworthiness was a proximate cause of plaintiff's injuries?

Answer: Yes ______ No __X__

**If you answered "Yes" to <u>either</u> Question 2 or Question 3, please proceed to Question 4. If you answered "No" to <u>both</u> Question 2 and Question 3, please sign and date the verdict form and return to the Courtroom.**

4. Do you find by a preponderance of the evidence that the plaintiff, Jose Suazo, was negligent <u>and</u> that his own negligence was a cause of his injuries?

Answer: Yes ______ No ______

**Please proceed to Question 5.**

5. State the percentage of fault for each party whose fault you have found to have caused Jose Suazo's injuries. Do not allocate any percentage to any party you have found was not at fault above. (Note: The total of the percentages given in your answer must equal 100%.)

| | |
|---|---|
| Atlantic Sounding Co., Inc. | ______ % |
| Weeks Marine, Inc. | ______ % |
| Jose Suazo | ______ % |
| TOTAL | 100 % |

**Proceed to Question 6.**

6. What amount of damages will compensate plaintiff, Jose Suazo, for his injuries? (Do NOT adjust the amount of damages by the percentage(s) of fault you determined in response to Question 5. The Court will make any necessary calculations.)

ANSWER IN DOLLARS AND CENTS

PAST AND FUTURE PHYSICAL PAIN AND SUFFERING AND MENTAL ANGUISH $________

LOSS OF PAST WAGES, INCLUDING VALUE OF FRINGE BENEFITS $________

LOSS OF FUTURE EARNINGS, INCLUDING VALUE OF FRINGE BENEFITS $________

TOTAL DAMAGES (ADD ABOVE AMOUNTS) $________

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 17 date of March 2009.

[signature]

FOREPERSON