**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSE SUAZO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6043** |
| **ATLANTIC SOUNDING CO., INC., ET AL.** | **SECTION "R" (3)** |

## JUDGMENT

Considering the verdict rendered by the jury on March 17, 2009 and made part of the record herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendants is hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this 17th day of March, 2009.

Sarah Vance

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE